SHAUN KHOJAYAN (#197690)
LAW OFFICES OF SHAUN KHOJAYAN
 & ASSOCIATES, P.L.C.
515 South Flower Street, 19th Floor
Los Angeles, CA 90071
Telephone: (310) 274-6111
Facsimile:  (310) 274-6211
Email: shaun@khojayan.com
Attorney for Defendant Francis Frank S. Scimeca #21

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**(HONORABLE JAMES V. SELNA)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        v.<br><br>MICHAELS et al.,<br><br>FRANCIS FRANK S. SCIMECA (#21),<br><br>                Defendant. | Case No.:  16-cr-00076-JVS-21<br><br>DEFENDANT SCIMECA'S MOTION FOR NEW TRIAL BASED ON *MILLER* AND JOINDER IN CO-DEFENDANTS' MOTIONS FOR NEW TRIAL AND SUPPLEMENTAL BRIEFS<br><br>Date: July 13, 2020<br>Time: 9:30 a.m. |

Defendant Scimeca moves for New Trial based on the Ninth Circuit's recent decision in *United States v. Miller*, 953 F.3d 1095 (9th Cir. 2020).

Two months after the filing of the post-trial motion, on March 20, 2020, the Ninth Circuit held in *Miller* that wire fraud – and by extension, mail fraud – requires an "intent to deceive and cheat—in other words, to deprive the victim of money or property by means of deception." *Miller*, 953 F.3d at 1103. *Miller* explicitly

1.

overturned previous Ninth Circuit precedent that this Court cited in deciding what jury instruction to give. *Id.* at 1102. *Miller* also invalidated Ninth Circuit Model Criminal Jury Instruction 8.121, *id.*, which this Court used as the basis for Jury Instruction Number 30, which defined "intent to defraud" as the "intent to deceive or cheat," CR 954 at 38. Under *Miller*, this Court's jury instruction for mail fraud was erroneous, and under the facts of this case, that error was not harmless. The jury instruction error went to the key disputed element of mail fraud. Had the jury been properly instructed in accordance with *Miller*, no reasonable jury could have returned a guilty verdict.

Defendant Scimeca joins and adopts the arguments of his co-defendants in their arguments for a new trial based on *Miller*. CR, 1023, 1026, 1080, 1083. The Court should either set aside the verdict against Defendant Scimeca and enter a judgment of acquittal on all counts, or, in the alternative, order a new trial.

Respectfully submitted,

Dated: May 25, 2020        s/Shaun Khojayan
                           Attorney for Defendant Scimeca